# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>OMAR GONZALEZ-RAMIREZ,<br><br>  Defendant. | Case No. 18cr1306-MMA<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SELF-SURRENDER DATE**<br><br>[Doc. No. 219] |

Upon due consideration, good cause appearing, the Court **GRANTS** Defendant Omar Gonzalez-Ramirez's unopposed motion to continue his self-surrender date. Accordingly, the Court **ORDERS** that Defendant must surrender to the United States Marshal for this district or at the designated institution by **12:00 p.m.** on **March 18, 2021**. The Court **VACATES** the status hearing previously scheduled for January 25, 2021 and **RESETS** the status hearing for **March 24, 2021** at **2:00 p.m**. in Courtroom 3D.

**IT IS SO ORDERED.**

DATED: January 6, 2021

HON. MICHAEL M. ANELLO
United States District Judge